## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| WILLIAM R. BARRON AND CAROL A. BARRON, INDIVIDUALLY AND AS ADMINISTRATORS OF THE ESTATE OF WILLIAM C. BARRON, DECEASED<br><br><br>v.<br><br><br>DEPARTMENT OF TRANSPORTATION OF THE COMMONWEALTH OF PENNSYLVANIA AND WHITEHALL TOWNSHIP<br><br><br>v.<br><br><br>WAYNE A. VASILIOU<br><br><br>PETITION OF: WILLIAM R. BARRON AND CAROL A. BARRON, INDIVIDUALLY AND AS ADMINISTRATORS OF THE ESTATE OF WILLIAM C. BARRON, DECESED | : No. 561 MAL 2014<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Commonwealth Court<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.